IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**GARY DOUGLAS LEHMAN,**

    Plaintiff,

v.

**NANCY A. BERRYHILL,**
Acting Commissioner of Social Security,

    Defendant.

No. 6:16-CV-00920-PK

JUDGMENT

**MOSMAN, J.,**

Based upon the Order of the Court adopting Judge Papak's Findings and Recommendation [20], IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED and Plaintiff's claims are DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 29 day of September, 2017.

                MICHAEL W. MOSMAN
                Chief United States District Judge